UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBBIE DEVINE,

    Plaintiff,

v.                                        CASE NO: 8:05-cv-982-T-23TBM

PRISON HEALTH SERVICES, INC., et al,

    Defendant.
_____/

## ORDER

United States Magistrate Judge Thomas B. McCoun, III, submits a report and recommendation (Doc. 25) on the plaintiff's motion for attorney's fees. No party objects and the time for filing objections has expired. Accordingly, the report and recommendation (Doc. 25) is **ADOPTED** and the plaintiff's motion for attorney's fees (Doc. 18) is **GRANTED IN PART**. The plaintiff is awarded $2,821.50 in attorney's fees. The motion is **DENIED** in all other respects. The Clerk is directed to enter judgment in favor of the plaintiff in the amount of $2,821.50.

ORDERED in Tampa, Florida, on March 29, 2006.

                                                                         STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy